■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CURTIS GILCHRIST, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed August 7, 1972. Sentence affirmed (see *People* v. *Hyatt*, 43 A D 2d 564, affd. 35 N Y 2d 483; *People* v. *McClain*, 42 A D 2d 868, affd. 35 N Y 2d 483). Cohalan, Acting P. J., Christ, Brennan, Benjamin and Shapiro, JJ., concur.